LUZERNE CHEMICAL COMPANY, Appellant, *v.* EDWARD KENNEY et al., Respondents.

*Luzerne Chemical Co.* v. *Kenney*, 122 App. Div. 904, affirmed.
(Argued February 25, 1909; decided March 16, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 10, 1907, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action to compel the specific performance of a contract of sale of certain wood and timber.

*George H. Carpenter* for appellant.

*Frank S. Anderson* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

CATHERINE CREEDON, Respondent, *v.* KNIGHTS OF THE MACCABEES OF THE WORLD, Appellant.

*Creedon* v. *Knights of Maccabees*, 122 App. Div. 895, affirmed.
(Argued February 26, 1909; decided March 16, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 5, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a certificate of life insurance.

*George P. Keating* for appellant.

*W. Smith O'Brien* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: HAIGHT, J.